UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PROVENZANO, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:18-997 |
| v. | : | JUDGE MANNION |
| RLS LOGISTICS, RLS COLD STORAGE, BILL JOZEFOWICZ, LORI COGIT, and ANTHONY LEO, | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendants' motion for summary judgment, **(Doc. 37)**, is **GRANTED** with respect to all of the plaintiff's federal claims in his SAC, **(Doc. 17)**, specifically, his FMLA interference claim in Count One, as well as his FMLA retaliation claim in Count Two, his ADA disability discrimination claim, Count Four, his ADA retaliation claim, Count Five, and his failure to accommodate claim under the ADA, Count Six. The defendants' motion for summary judgment is also **GRANTED** with respect to plaintiff's disability discrimination claim, his retaliation claim, and his

1

failure to accommodate claim under the PHRA, Counts Seven, Eight, and Nine.

(2)   Judgment is entered in favor of all the defendants and against the plaintiff regarding all of his claims under the ADA and the PHRA, raised in his SAC.

(3)   The court **DECLINES** to exercise supplemental jurisdiction over plaintiff's state law IIED claim, Count Three, and this claim is **DISMISSED WITHOUT PREJUDICE**.

(4)   The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 18, 2021**
18-997-01-ORDER